IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JANE DOE 1**                                                                                     **PLAINTIFF**
*on behalf of John Doe 1 and John Doe 2,*
*minor children*

**V.**                                                **CASE NO: 1:23-cv-00115-BWR**

**JASON LEONARD RHODES,**                                        **DEFENDANTS**
**DEAN NECAISE,**
**BRENDA NECAISE, and**
**JOHN DOES 1-10**

## FINAL JUDGMENT

The parties having agreed to and announced to the Court a settlement of this case, and the Court, being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS ORDERED AND ADJUDGED** that the above captioned cause is dismissed with prejudice as to all parties.

**SO ORDERED**, this the 17th day of January, 2024.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE